UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY BAKER<br>1121 North Street<br>Caldwell, OH 43724,<br><br>    Plaintiff,<br><br>    v.<br><br>DIVERSIFIED CONSULTANTS, INC<br>10550 Deerwood Park Blvd. Suite 309<br>Jacksonville, FL 32256.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:16-cv-00076-ALM-TPK |

## STIPULATION TO DISMISS

Plaintiff, KIMBERLY BAKER, and Defendant, DIVERSIFIED CONSULTANTS, INC. through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, without prejudice, both sides to bear their own fees and costs.

DATED: March 17, 2016

RESPECTFULLY SUBMITTED,               RESPECTFULLY SUBMITTED,

By:/s/ Jack S. Malkin._____                By:/s/  R. Glenn Knirsch_____
    Jack S. Malkin                                    R. Glenn Knirsch
    Ohio Bar Number 0034018                   2647 Eaton Road
    20521 Chagrin Blvd, Suite E                University Heights,
    Shaker Heights, OH 44122                   OH, 44118-4330
    Tel: 216-751-7708                                 Tel: 216.331.1308
    jmalkin23@hotmail.com
    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On March 16, 2016, the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, which will provide electronic notice to all counsel of record.

By:/s/ Jack S. Malkin
Jack S. Malkin